## PROOF OF SERVICE

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

> 111 Pine Street, Suite 1350
> San Francisco, CA 94111

That I served the within:

> **RE:    C07-5254 RS**
>
> 1) SUMMONS IN A CIVIL ACTION;
> 2) CIVIL COVER SHEET;
> 3) PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
> 4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;
> 5) ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT; AND ET AL.

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

> Alberto Gonzales (By Certified Mail)
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> US Attorneys Office (By Certified Mail)
> 450 Golden Gate Avenue, Box 36055
> San Francisco, CA 94102
> Attn: Civil Process Clerk
>
> Office of the General Counsel (By Certified Mail)
> U.S. Department of Homeland Security
> Washington, DC 20528
>
> Robert S. Mueller, III (By Certified Mail)
> Director
> Federal Bureau of Investigations
> Office of the General Counsel
> Room 7427, 935 Pennsylvania Ave., N.W.,
> Washington, DC 20535

Executed this October 18, 2007, at San Francisco, California.

*Joanna Lai*