1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  LI GAO,                          )
    JINGAO WANG,                     )   No. C 07-5254 RS
13                                   )
                  Plaintiffs,        )
14                                   )
            v.                       )   **PARTIES' CONSENT TO MAGISTRATE**
15                                   )   **JUDGE JURISDICTION; STIPULATION**
    MICHAEL CHERTOFF, Secretary of the )   **TO DISMISS; AND [PROPOSED]**
16  Department of Homeland Security; )   **ORDER**
    ROBERT S. MUELLER, Director of the )
17  Federal Bureau of Investigation, )
                                     )
18                Defendants.        )
                                     )
19  _____

20      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs and

21  Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

22  conduct any and all further proceedings in the case, including trial, and order the entry of a final

23  judgment.

24      Further, Plaintiffs, by and through their attorney of record, and Defendants by and through

25  their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

26  action based on the following:

27      1.  The Plaintiffs filed Form I-485 applications to adjust their status to lawful permanent

28  residents with the United States Citizenship and Immigration Services (USCIS) on or about April

1  5, 2005.

2      2.  Plaintiffs' name checks with the Federal Bureau of Investigation have been completed.

3      3.  However, Plaintiffs' adjustment of status applications are based on applications for

4  permanent employment certification for a third preference professional worker position.

5      4.  The priority date for visa number purposes in Plaintiffs' case is the date of filing the labor

6  certification: March 12, 2002.

7      5.  The State Department's Visa Bulletin for December 2007 indicates that the visa numbers

8  for third preference workers from China is October 15, 2001.

9      6.  Since Plaintiffs' priority date is March 12, 2002, the USCIS cannot complete Plaintiffs'

10  applications until a visa number becomes available to them.

11      7.  Therefore, the parties stipulate to dismiss the case on the condition that USCIS will

12  adjudicate Plaintiffs' applications within 30 days of visa numbers becoming available.

13      8.  Each of the parties shall bear their own costs and fees.

14

15  Dated: December 6, 2007                          /s/
                                      _____
16                                      ILA C. DEISS
                                      Assistant United States Attorney
17                                      Attorney for Defendants

18
    Dated: December 6, 2007                          /s/
19                                      _____
                                      JUSTIN X. WANG
20                                      Attorney for Plaintiffs

21
                                **ORDER**
22
        Pursuant to stipulation, IT IS SO ORDERED.
23

24
    Dated:                          _____
25                                      RICHARD SEEBORG
                                      United States Magistrate Judge
26

27

28

Consent and Stipulation for Dismiss
C07-5254 RS                          2