```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney                    *E-FILED 12/13/07*
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI GAO,<br>JINGAO WANG,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director of the<br>Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-5254 RS<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action based on the following:

1. The Plaintiffs filed Form I-485 applications to adjust their status to lawful permanent residents with the United States Citizenship and Immigration Services (USCIS) on or about April

Consent and Stipulation for Dismiss
C07-5254 RS                               1

5, 2005.

2. Plaintiffs' name checks with the Federal Bureau of Investigation have been completed.

3. However, Plaintiffs' adjustment of status applications are based on applications for permanent employment certification for a third preference professional worker position.

4. The priority date for visa number purposes in Plaintiffs' case is the date of filing the labor certification: March 12, 2002.

5. The State Department's Visa Bulletin for December 2007 indicates that the visa numbers for third preference workers from China is October 15, 2001.

6. Since Plaintiffs' priority date is March 12, 2002, the USCIS cannot complete Plaintiffs' applications until a visa number becomes available to them.

7. Therefore, the parties stipulate to dismiss the case on the condition that USCIS will adjudicate Plaintiffs' applications within 30 days of visa numbers becoming available.

8. Each of the parties shall bear their own costs and fees.

Dated: December 6, 2007                    /s/
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Defendants


Dated: December 6, 2007                    /s/
                                           JUSTIN X. WANG
                                           Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 13, 2007
                                           RICHARD SEEBORG
                                           United States Magistrate Judge

Consent and Stipulation for Dismiss
C07-5254 RS                                2